staying the execution entered by the United States Court of Appeals for the Ninth Circuit on April 2, 1992, is vacated. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

APRIL 6, 1992

No. A–737. HARDING v. LEWIS, DIRECTOR OF CORRECTIONS OF ARIZONA, ET AL. Application to stay the execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–1062. IN RE DISBARMENT OF TAVOLACCI. Disbarment entered. [For earlier order herein, see 502 U. S. 1011.]

No. D–1070. IN RE DISBARMENT OF DUNN. Disbarment entered. [For earlier order herein, see 502 U. S. 1027.]

No. D–1079. IN RE DISBARMENT OF MCNAMEE. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1106. IN RE DISBARMENT OF HOROWITZ. It is ordered that Howard Horowitz, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1107. IN RE DISBARMENT OF CHATZ. It is ordered that Robert B. Chatz, of Northbrook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1108. IN RE DISBARMENT OF ROSCH. It is ordered that John Franklin Rosch, of Glen Ellyn, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 90–114. CONSOLIDATION COAL CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DE-